# MILLER KORZENIK RAYMAN LLP

THE PARAMOUNT BUILDING • 1501 BROADWAY, SUITE 2015 • NEW YORK, NY 10036
TEL 212-752-9200 • FAX 212-688-3996 • WWW.MKSR.LAW

> The request is GRANTED. The ICMC is adjourned to July 1, 2026 at 10:30 AM. The call-in information will remain the same. SO ORDERED.
>
> *Jennifer E. Willis*
>
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> May 20, 2026

**Via ECF**

Hon. Jennifer E. Willis
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 228
New York, NY 10007

Re:   *Nadeau v. Korangy Publishing Civil Action 26-cv-00594-GBD-JW*
       *Request to Adjourn Initial Conference of May 28, 2026*

Dear Judge Willis:

I write on behalf of Defendant Korangy Publishing, publisher of the real estate news magazine, *The Real Deal*.

I request that the conference set for May 28, 2026 be adjourned to a later date convenient for the Court. Plaintiff's counsel consents to this request.

Judge Daniels referred the case to Your Honor on April 27, 2026 for General Pre-Trial matters and for Settlement.

Your Honor scheduled the Initial Case Management Telephone Conference for **May 28, 2026** at 11:30am. The parties filed their Proposed Case Management Plan today, May 19, 2026.

I am traveling with my family on May 28 and request that our Initial Conference be rescheduled for a later date. I am generally open June 5 – 11 and then from June 22 on. These dates would also work for Plaintiff's counsel and does not object to this request.

Thank you for your consideration of this request.

Respectfully,

Miller Korzenik Rayman LLP
By: *//s// David S. Korzenik*
      David S. Korzenik
      Attorneys for Defendant