**MILLER KORZENIK RAYMAN LLP**

THE PARAMOUNT BUILDING • 1501 BROADWA
TEL 212-752-9200 • FAX 212-688-

> The request is **GRANTED**. The ICMC is adjourned to **July 7, 2026 at 10:30 AM**. The call-in info remains the same.
> SO ORDERED.
>
> *Jennifer E. Willis*
> _____
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> June 24, 2026

**Via ECF**
Hon. Jennifer E. Willis
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 228
New York, NY 10007

Re:    *Nadeau v. Korangy Publishing Civil Action 26-cv-00594-GBD-JW*
        *Request to Adjourn Initial Conference of July 1, 2026*

Dear Judge Willis:

I write on behalf of Defendant Korangy Publishing, publisher of the real estate news magazine, *The Real Deal*.

I request that the conference set for July 1, 2026 be adjourned to a later date convenient for the Court. Plaintiff's counsel consents to this request, but requests that the new date be as early in July as is convenient for the Court. I am generally open, but presently have conferences in SDNY on *July 8* and *July 9* both of which are expected to take considerable preparation and time.

Judge Daniels referred the case to Your Honor for General Pre-Trial matters and for Settlement. The case involves a claim of infringement of 3 photographs.

This is the second request for an adjournment of the Initial Conference. I have a conflicting in person hearing in SDNY on *July 1 at 10:00* that I cannot readily change and I am not sure how much time it will require. I also have a filing deadline on another matter that same day.

Also, the parties are now filing a Revised Proposed Case Management Plan which will be the subject of our adjourned Initial Conference. Plaintiff's counsel will be filing it shortly.

I thank Your Honor for your consideration of this request.

Respectfully,

Miller Korzenik Rayman LLP
By: *//s// David S. Korzenik*
    David S. Korzenik
    Attorneys for Defendant